**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7438**

_____

RANDAL N. WIIDEMAN,

Plaintiff - Appellant,

versus

ROBERT A. WATSON, Commander, Salvation Army,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-00-1127-AM)

_____

Submitted:  December 14, 2000        Decided:  December 20, 2000

_____

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randal N. Wiideman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randal N. Wiideman appeals from the district court's order denying his Rule 60(b) motion seeking reconsideration of the court's prior order dismissing as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1) (West Supp. 1999), his complaint filed under 42 U.S.C.A. § 1983 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no abuse of discretion. <u>In Re Burnley</u>, 988 F.2d 1 (4th Cir. 1992). Accordingly, we affirm on the reasoning of the district court. <u>Wiideman v. Watson</u>, No. CA-00-1127-AM (E.D. Va. filed Sept. 25, 2000; entered Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2